IN the INTEREST OF: N.S., a minor,

Appeal of: M.L.

275 WDA 2017

Superior Court of Pennsylvania.

08/01/2017

DP–42 for 2016
(Bedford)
Affirmed

COM.

v.

RENTERIA, E.

2656 EDA 2016

Superior Court of Pennsylvania.

08/02/2017

CP–15–CR–0003746–2015 (Chester)
Affirmed

COM.

v.

RENTERIA, E.

2657 EDA 2016

Superior Court of Pennsylvania.

08/02/2017

CP–15–CR–0003898–2015
(Chester)
Affirmed

COM.

v.

WRIGHT, T.

2730 EDA 2016

Superior Court of Pennsylvania.

08/02/2017

CP–39–CR–0005096–2015
(Lehigh)
Affirmed

COM.

v.

BUSH, M.

3420 EDA 2016

Superior Court of Pennsylvania.

08/02/2017

CP–15–CR–0000662–2016
(Chester)
Affirmed

